In the Matter of ELIZABETH SWEERS, Respondent, v. SAM E. MALLOY et al., Respondents, and MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant. In the Matter of LILY M. SWEERS, Respondent, v. SAM E. MALLOY et al., Respondents, and MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant. — STALEY, JR., J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Staley, Jr., J.